AUSA: Frances L. Carlson   Telephone: (313) 226-9696
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Jimmie Pharr, BATF   Telephone: (419) 351-1579

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Markalowe Keith Steen

Case: 2:20−mj−30397
Assigned To : Unassigned
Assign. Date : 9/23/2020
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Jimmie Pharr, Special Agent, BATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 23, 2020

_____
Judge's signature

City and state: Detroit, Michigan

Elizabeth Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016.

2. This affidavit is in support of an application for an arrest warrant for Markalowe Keith STEEN for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.   SUMMARY OF THE INVESTIGATION

4. On August 15, 2020, at approximately 6:55 p.m. a Detroit Police Department unit was on routine patrol. The unit was driving

through the Grand Cru Liquor Store parking lot, located at 5412 W. Warren Ave. Detroit, Eastern District of Michigan and observed an unknown black male wearing a black jersey and black sweatpants, later identified as Markalowe Keith STEEN, standing on the sidewalk on the north side of Warren with a black handgun tucked inside of his waistband. As Officers stopped in their fully marked police vehicle to further investigate, STEEN began to flee the scene on foot.

5. Officers gave chase and observed STEEN discard a firearm onto the sidewalk.  STEEN was detained.  Officer Scott recovered a Smith & Wesson pistol, model: M&P Shield, caliber: .40, bearing serial number LEU3427.  The Smith & Wesson pistol was loaded with 6 live rounds of ammunition.

6. Upon searching STEEN, a second Smith & Wesson pistol, model: M&P Shield, caliber: .40, bearing serial number JDU6023 (fully loaded with 6 live rounds of ammunition) was recovered from STEEN's person in a black fanny pack.  An additional pistol magazine containing 7 live rounds of ammunition was also recovered from STEEN's fanny pack.

7. When asked, STEEN could not produce a valid concealed pistol license and was therefore arrested for carrying a concealed weapon. STEEN was transported to the Detroit Detention Center for processing without incident.

8. The above listed firearms were queried in the Law Enforcement Information Network (LEIN) and found not to be stolen. The Smith & Wesson pistols were placed in evidence at Detroit Police Department's 11th Precinct.

9. I am a Firearms Interstate Nexus Expert. From the information provided and based on my training and experience, the above-described firearms were manufactured outside the State of Michigan, in Massachusetts, and therefore the firearms traveled in interstate or foreign commerce.

10. STEEN has the following criminal history:

    a. 2008, felony fleeing police officers in a motor vehicle, 3rd Judicial Circuit Court, Wayne County;

    b. 2008, felony larceny from a person, 6th Judicial Circuit Court, Oakland County;

    c.    2013, felony armed carjacking, 7th Judicial Circuit Court, Prince George County, Maryland.

11. STEEN was recently released from parole with the Michigan Department of Corrections (MDOC) in 2020. Individuals on parole with MDOC are routinely advised, both verbally and in writing, that they are prohibited from possessing a firearm or ammunition.

### III. CONCLUSION

12. Probable cause exists that Markalowe Keith STEEN, a convicted felon, was in possession of a pistol, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Elizabeth A. Stafford*
_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2020